IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR No.: 3:06-61-JFA |
| ) | |
| v. ) | |
| ) | ORDER |
| JARVIS CRAFT ) | |
| ) | |
| _____ ) | |

This matter is before the court on defendant's motion to compel the government to move for a reduction of his sentence for substantial assistance pursuant to Rule 35(b).

The United States Attorney is respectfully requested to file a memorandum setting forth the government's position as to the defendant's motion within thirty (30) days from the date of this order.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

August 9, 2013                                Joseph F. Anderson, Jr.
Columbia, South Carolina                      United States District Judge